UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

LEN GALE,

    Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,

    Defendant.

_____/

CASE NO.:

L.C. CASE NO.: 2015-CA-6012-NC

8:15cv2742T35TBM

**DEFENDANT OCWEN LOAN SERVICING, LLC'S**
**NOTICE OF REMOVAL**

Defendant Ocwen Loan Servicing, LLC ("Ocwen") hereby removes this action from the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida to the United States District Court for the Middle District of Florida. Removal is based on 28 U.S.C. § 1331 as the claims in this case arise under the Telephone Consumer Protection Act (the "TCPA"), 47 U.S.C. §227, *et. seq.*, and Florida's Consumer Collection Practices Act ("FCCPA"), §559.55 Fla. Stat., *et seq*. Removal is authorized by 28 U.S.C. §§1441 and 1446. The procedural requirements have been satisfied.

**I.   The State Court Action**

1.    Plaintiff filed a complaint ("Complaint") in the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida (the "State Court Action"). A true and correct copy of the Complaint is attached hereto as **Exhibit 1**. The Complaint was served on Ocwen on November 6, 2015. The State Court Action was assigned case number 2015-CA-6012-NC.



Gale v. Ocwen Loan Servicing, LLC
Notice of Removal

2.  Plaintiff alleges that Ocwen violated the TCPA, and now seeks an award of at least $15,000 in statutory damages under the TCPA. Exhibit 1, ¶1.

## II. Removal is Proper under Federal Question Jurisdiction

3.  This Court has subject matter jurisdiction under 28 U.S.C. § 1331, because Plaintiff's claim is based on alleged violations of the TCPA, and the case is therefore a civil action "arising under the Constitution, laws, or treatises of the United States." 28 U.S.C. § 1331. Similarly, this Court will have supplemental jurisdiction over the FCCPA claims as well, because Plaintiff's state law claims are related to the TCPA claims in that they arise from the same factual allegations. 28 U.S.C. § 1367(a).

## III. All Procedural Requirements are Satisfied

4.  <u>Removal is timely</u>. This Notice of Removal is due within 30 days of service of process. 28 U.S.C. § 1446(b)(1). Process was served on November 6, 2015.

5.  <u>Removal to Proper Court</u>. Venue is proper under 28 U.S.C. § 1446(d), because the Middle District of Florida, Tampa Division, embraces the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida where the State Court Action was originally commenced.

6.  <u>Notice</u>. Under 28 U.S.C. § 1446(d), a copy of the Notice of Filing of Notice of Removal will be timely filed with the Clerk of the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida, and served upon Plaintiff.

7.  <u>Pleadings and Process</u>. Under 28 U.S.C. § 1446(a) and Local Rule 4.02 of the Middle District of Florida, Exhibit 1 to this Notice of Removal constitutes true and

Gale v. Ocwen Loan Servicing, LLC
Notice of Removal

legible copies of all process, pleadings, orders and other papers or exhibits on file in the State Court Action.

8. <u>Signature</u>. Under 28 U.S.C. § 1446(a), this Notice of Removal is signed pursuant to Federal Rule of Civil Procedure 11.

9. Based upon the foregoing, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, and the claims may be removed to this Court under 28 U.S.C. §§ 1441 and 1446.

10. In the event that Plaintiff seeks to remand this case, or the Court considers remand *sua sponte*, Ocwen respectfully requests the opportunity to submit additional arguments or evidence in support of removal as may be necessary.

WHEREFORE, Ocwen Loan Servicing, LLC prays for removal of this case from the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida to the United States District Court for the Middle District of Florida, Tampa Division.

Dated: November 20, 2015

Respectfully submitted,

Brian Pantaleo
Florida Bar No.: 99932
Attorney for Defendant
**LOCKE LORD LLP**
525 Okeechobee Boulevard, Suite 1600
West Palm Beach, FL 33401
Telephone: (561) 833-7700
Facsimile: (561) 655-8719
brian.pantaleo@lockelord.com

Gale v. Ocwen Loan Servicing, LLC
Notice of Removal

## CERTIFICATE OF SERVICE

I hereby certify that on the 20¥£ day of November, 2015, I presented the foregoing Notice of Removal to the Clerk of Court for filing and uploading to the CM/ECF system. I further certify that I served a copy of the foregoing via Electronic Mail, to:

Gregg M. Horowitz, Esq.
P.O. Box 2927
Sarasota, Florida 34230
(941) 365-2094
Gregg.horowitz@verizon.net

*Attorney for Plaintiff*

Brian Pantaleo
Florida Bar No.: 99932
Attorney for Defendant
**LOCKE LORD LLP**
525 Okeechobee Boulevard, Suite 1600
West Palm Beach, FL 33401
Telephone: (561) 833-7700
Facsimile: (561) 655-8719
brian.pantaleo@lockelord.com

AM 56301900.1